JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN CONTRERAS and ALEJANDRO CONTRERAS, <br><br> Plaintiffs, <br><br> vs. <br><br> MUSE SCHOOL CA, <br><br> Defendant. | Case No. 2:14-cv-04591-SJO-JPR <br><br> ORDER DISMISSING THE ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES |

  Pursuant to the stipulation of the parties and Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT the action is DISMISSED with prejudice.  Any hearings presently scheduled are, effective immediately, taken off calendar.

   October 15, 2014.

DATED: _____

_S. Jame Oters_

—————————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE